# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cr-289-MOC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) ORDER |
| v. | )<br>) |
| REGINALD ANTHONY HUNTER, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion for Reconsideration, (Doc. No. 65) of the Court's original denial of Defendant's Motion for Compassionate Release due to increased risk to COVID-19 (Doc. No. 62). Because no new medical evidence has been given, the current Motion for Reconsideration, (Doc. No. 65), is denied for the same reasons that the Court denied Defendant's prior motion.

However, once the Defendant's scheduled medical exams are complete, he is welcome to apply again first to the Bureau of Prisons for relief and then again to this court in a new Motion for Compassionate Release.

Signed: October 13, 2020

Max O. Cogburn Jr.
United States District Judge