UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. DNCW3:12CR289 |
| ) | (Financial Litigation Unit) |
| REGINALD ANTHONY HUNTER ) | |

### ORDER

Upon consideration of the United States' motion (Doc. No. 78) for an order that funds held by the Pineville Police Department be applied to restitution in this case, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Pineville Police Department shall remit funds in the amount of $1,815.00, held as evidence in Case Number 120426-0915, to the United States District Court, Clerk of Court for the Western District of North Carolina located at 401 West Trade Street, Charlotte, North Carolina 28202, to apply to the restitution imposed by the criminal judgment in this matter.

**SO ORDERED.**

Signed: November 24, 2021

Max O. Cogburn Jr
United States District Judge