IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Case No. 3:12CR289 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| | ) | **AMENDED ORDER** |
| REGINALD ANTHONY HUNTER | ) | |

Upon consideration of the United States' motion for an Amended Order to correct the amount of the funds held by the Pineville Police Department as evidence in this matter, the motion (Doc. No. 83) is **GRANTED**.

**IT IS HEREBY ORDERED** that the Order dated November 29, 2021 (Doc. No. 80) is hereby amended to correctly identify the amount of the funds held by the Pineville Police Department as evidence in this matter as $1,515.00. In all other respects the Order dated November 29, 2021, is unchanged.

**SO ORDERED.**

Signed: August 31, 2022

Max O. Cogburn Jr.
United States District Judge