UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00289-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| **vs.** | ) ) | ORDER |
| **REGINALD ANTHONY HUNTER,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release and Reduction of Sentence Pursuant to First Step Act of 2018. (Doc. No. 86).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: January 13, 2023

Max O. Cogburn Jr
United States District Judge